| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**         **Frisco Good Food Company LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **37-1774145**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4984 Main Street** <br> **Frisco, TX 75034** <br> Number, Street, City, State & ZIP Code | **2937 Greenville Avenue, #130** <br> **Dallas, TX 75206** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Denton** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Frisco Good Food Company LLC**   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attached List**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Frisco Good Food Company LLC**　　　　　　　　　　　　　　　Case number (*if known*)　＿＿＿＿＿＿＿＿＿＿
　　　　Name

**11. Why is the case filed in *this district*?**　　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

  **Where is the property?** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
  　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency ＿＿＿＿＿＿＿＿＿＿
    　　　　Contact name ＿＿＿＿＿＿＿＿＿＿
    　　　　Phone ＿＿＿＿＿＿＿＿＿＿

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　　*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Frisco Good Food Company LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 10, 2017**
                     MM / DD / YYYY

**X** **/s/ Christopher Sanchez**          **Christopher Sanchez**
    Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Melissa S. Hayward**       Date **August 10, 2017**
    Signature of attorney for debtor                      MM / DD / YYYY

**Melissa S. Hayward**
Printed name

**Hayward & Associates PLLC**
Firm name

**10501 N. Central Expressway**
**Suite 106**
**Dallas, TX 75231**
Number, Street, City, State & ZIP Code

Contact phone   **972-755-7100**     Email address   **mhayward@haywardfirm.com**

**24044908**
Bar number and State

| Debtor Name | Relationship | Date filed | Case No. | District |
|---|---|---|---|---|
| Allen Good Food Company, LLC | Affiliate | 8/10/17 | 17-41734 | Eastern |
| Frisco Good Food Company, LLC | Affiliate | 8/10/17 | | Eastern |
| DFW Good Food Kitchen, LLC | Affiliate | 8/10/17 | | Eastern |
| DFW Good Food Team, LLC | Affiliate | 8/10/17 | | Eastern |
| Greenville Good Food Company, LLC | Affiliate | 8/10/17 | | Eastern |
| Magnolia Good Food Company, LLC | Affiliate | 8/10/17 | | Eastern |
| Epicurean Synergy, LLC | Affiliate | 8/10/17 | | Eastern |

Revised 12/1/2009                                                                                          LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re    **Frisco Good Food Company LLC**                                    Case No.
                            Debtor(s)                                        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 10, 2017**                         **/s/ Christopher Sanchez**
                                                     **Christopher Sanchez**/**Managing Member**
                                                     Signer/Title

2937 Greenville LP
200 Crescent Court, Suite 1040
Dallas, TX 75201


Able Lending, Inc.
c/o William Huttenbach
Hirsch & Westheimer PC
1415 Lousiana, 36th Floor
Houston, TX 77002


Able Lending, Inc.
800 West Cesar Chavez, Suite B101
Austin, TX 78701


Allen Klander
601 N. Park Blvd., Apt. 2512
Grapevine, TX 76051-6932


Ally Financial
PO Box 380901
Minneapolis, MN 55438


Alyson Flint
409 Saddlehorn Drive
McKinney, TX 75071


Amanda Bermejo
2720 Forest Creek Drive
Fort Worth, TX 76123


ASG Preston Creek Retail Center Ltd.
c/o Tremco Management Company
2408 East Trinity Mills Road, Ste. 100
Carrollton, TX 75006


Axtel Partners Ltd.
508 Don Juan
Colorado Springs, CO 80909

2937 Greenville LP
200 Crescent Court, Suite 1040
Dallas, TX 75201


Able Lending, Inc.
c/o William Huttenbach
Hirsch & Westheimer PC
1415 Lousiana, 36th Floor
Houston, TX 77002


Able Lending, Inc.
800 West Cesar Chavez, Suite B101
Austin, TX 78701


Allen Klander
601 N. Park Blvd., Apt. 2512
Grapevine, TX 76051-6932


Ally Financial
PO Box 380901
Minneapolis, MN 55438


Alyson Flint
409 Saddlehorn Drive
McKinney, TX 75071


Amanda Bermejo
2720 Forest Creek Drive
Fort Worth, TX 76123


ASG Preston Creek Retail Center Ltd.
c/o Tremco Management Company
2408 East Trinity Mills Road, Ste. 100
Carrollton, TX 75006


Axtel Partners Ltd.
508 Don Juan
Colorado Springs, CO 80909

CFO DT, LLC  
100 Waugh Drive, Ste. 600  
Houston, TX 77007

Charles Lawrence  
1730 Honey Creek Lane  
Allen, TX 75002

Christopher Sanchez  
2937 Greenville Avenue, #130  
Dallas, TX 75206

Cindy Hart  
4402 Westdale Court  
Fort Worth, TX 76109-4928

Cirila Hernandez  
5951 Melody Ln., #202  
Dallas, TX 75231

Colleen McBride  
5050 FM 423 #5103  
Frisco, TX 75034

David Sanchez  
1217 Wakefiled  
Houston, TX 77018

Enrique Nifco  
3990 Vituvian Way, #229  
Addison, TX 75001

Esther Reyes  
8430 Eldon Drive  
Dallas, TX 75217

```
FMC Retail II, LLC
c/o Hermansen Land Development, Inc.
5944 Luther Lane, Ste. 725
Dallas, TX 75225


Ford Credit
3620 Queen Palm Drive
Tampa, FL 33619


Frank Sherman
6131 Dumfries Drive
Houston, TX 77096


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Isaac Newton
1232 Parkwood Trail
Mesquite, TX 75149


Jessica Stibbens
6653 McKinney Ranch Pkwy., Apt. 13302
McKinney, TX 75070


Jim McCown
Nesbitt Vassar & McCown LLP
15851 Dallas Parkway, Suite 800
Addison, TX 75001


John Burkhart
8821 Holloway Lane
Plano, TX 75025


Jose Behar
5936 Mossbrook Trail
Dallas, TX 75252
```

Karen Zychlinski Behar
5936 Mossbrook Trail
Dallas, TX 75252


Kendra Griffin
4509 Houghton
Fort Worth, TX 76107


Kenia Faustino
5915 Melody Ln., #115
Dallas, TX 75231


Linda Nishimoto
1005 Heatherstone Avenue
Sunnyvale, CA 94087


Litmos
4140 Dublin Blvd.
Dublin, CA 94568


Lorene Flores
7112 Holly Hill
Dallas, TX 75231


Mark Bermejo
6600 Armando Avenue
Fort Worth, TX 76133


Maurillo Carbajal
5951 Melody Ln., #115
Dallas, TX 75231


Nina Mathewson
370 Teague Drive
Lewisville, TX 75067

Paris T. Bamum
8821 Holloway Ln
Plano, TX 75025


Patrick D. and Michelle McEuen


Patrick Ortiz
1800 Main St., #503
Dallas, TX 75201


Patrick Ortiz
7503 Blue Beach Cove
Austin, TX 78759


Progressive Commercial Insurance
6300 Wilson Mills Road
Mayfield Village, OH 44143


Richard Behar
5605 Bent Creek Trail
Dallas, TX 75252


Shelsea Montes
Peachy Keen Studio


Star Creek Center, LLC
2701 Dallask Pkwy., Ste. 590
Plano, TX 75093


Stephen Heinmiller
1500 South Jupiter Rd., #1602
Allen, TX 75002

Sysco North Texas
800 Trinity Drive
The Colony, TX 75056


TD Watters 121 Retail LP
2701 Dallas Parkway, Ste. 590
Plano, TX 75093


Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714-9348


University Retail LP
c/o Cramer Weatherbie Richardson Oliver
2301 S. Capital of Texas Highway
Bldg. J-102
Austin, TX 78746


University Retail LP
c/o Westover Management
PO Box 101166
Fort Worth, TX 76185


Veronica Villarreal
2210 Parkside Dr., #141
Mesquite, TX 75150


WV II, LP
c/o Richard Pullman
Kessler Collins PC
2100 Ross Avenue, Ste. 750
Dallas, TX 75201


WV II, LP
3699 McKinney Ave., Ste. A-221
Dallas, TX 75204


Zarif, Inc.
PO Box 1767
Colleyville, TX 76034